# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136320

MALIK TOSA,
      Plaintiff-Appellant,

v

GEORGE YONO,
      Defendant/Third-Party Plaintiff-
      Appellee,

and

JAMAL ODEESH and ATEF ASMARO,
      Third-Party Defendants.
_____/

SC: 136320
COA: 274301
Wayne CC: 05-516265-NO

On order of the Court, the application for leave to appeal the March 18, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2009

_____
Clerk

0430